# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:24−mj−00559−JEP−1
## *Internal Use Only*

| | |
|---|---|
| Case title: USA v. JOHN | Date Filed: 12/12/2024 |
| Other court case number: 3:24CR50 North District of West Virginia | Date Terminated: 12/12/2024 |

Assigned to: MAG/JUDGE JOI ELIZABETH PEAKE

**Defendant (1)**

| | | |
|---|---|---|
| **CHRISTOPHER K. JOHN**<br>*TERMINATED: 12/12/2024*<br>also known as<br>CHRISTOPHER K. JOHNS<br>*TERMINATED: 12/12/2024* | represented by | **WILLIAM SCOTT HARKEY**<br>HARKEY LITAGATION<br>380 KNOLLWOOD ST.<br>STE 305<br>WINSTON−SALEM, NC 27103<br>336−666−0899<br>Email: scott@harkeylitigation.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Arrest | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | RANDALL STUART GALYON<br>U. S. ATTORNEY'S OFFICE − MDNC<br>101 S. EDGEWORTH ST., 4TH FLOOR<br>GREENSBORO, NC 27401<br>336−333−5351<br>Email: randall.galyon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2024 | | Arrest (Rule 5) of CHRISTOPHER K. JOHN. (dk) (Entered: 12/12/2024) |
| 12/12/2024 | | Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to CHRISTOPHER K. JOHN held on 12/12/2024. Defendant advised of rights and charges. Defendant has waived all hearings in this district. The Government agrees to conditions of release and the defendant is instructed to appear for Arraignment at 11:00 a.m. on 1/8/2025, at the W. Craig Broadwater Federal Building and United States Courthouse, 217 W. King Street, Martinsburg, WV 25401. Order Setting Conditions of Release forthcoming. (AUSA Randall Galyon; Counsel for defendant William Scott Harkey; Proceedings Recorded) (dk) (Entered: 12/12/2024) |
| 12/12/2024 | 1 | SEALED FINANCIAL AFFIDAVIT by CHRISTOPHER K. JOHN. (dk) (Entered: 12/12/2024) |
| 12/12/2024 | 2 | ORDER Appointing CJA Panel Attorney WILLIAM SCOTT HARKEY for CHRISTOPHER K. JOHN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 12/12/2024. (dk) (Entered: 12/12/2024) |
| 12/12/2024 | 3 | WAIVER of Rule 5 & 5.1 Hearings by CHRISTOPHER K. JOHN. (dk) (Entered: 12/12/2024) |
| 12/12/2024 | 4 | ORDER Setting Conditions of Release for CHRISTOPHER K. JOHN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 12/12/2024. (dk) (Entered: 12/12/2024) |
| 12/12/2024 | 5 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to CHRISTOPHER K. JOHN. Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 12/12/2024. (dk) (Entered: 12/12/2024) |

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: RANDALL STUART GALYON (caseview.ecf@usdoj.gov,
randall.galyon@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, donita_kemp@ncmd.uscourts.gov,
jasmine_little@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, rebecca_pearson@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov), U. S. Marshal's Office
(breanna.wilton@usdoj.gov, delray.anthony@usdoj.gov, ecf.usmsncm@usdoj.gov,
jason_robertson@usdoj.gov, jessica.williams2@usdoj.gov, matthew_little@usdoj.gov,
michael.montalvo@usdoj.gov)
--No Notice Sent:

Message-Id:4135289@ncmd.uscourts.gov
Subject:Activity in Case 1:24-mj-00559-JEP USA v. JOHN Arrest - Rule 5
Content−Type: text/html
```

# U.S. District Court

# North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 12/12/2024 at 1:45 PM EST and filed on 12/12/2024

| | |
|---|---|
| **Case Name:** | USA v. JOHN |
| **Case Number:** | [1:24−mj−00559−JEP](#) |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 5) of CHRISTOPHER K. JOHN. (dk)**

**1:24−mj−00559−JEP−1 Notice has been electronically mailed to:**

RANDALL STUART GALYON &nbsp &nbsp randall.galyon@usdoj.gov, CaseView.ECF@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:24−mj−00559−JEP−1 Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECF@ncmd.uscourts.gov
To:ecf@ncmd.uscourts.gov
Bcc:
--Case Participants: RANDALL STUART GALYON (caseview.ecf@usdoj.gov,
randall.galyon@usdoj.gov, usancm.ecfcriminal@usdoj.gov), MAG/JUDGE JOI ELIZABETH PEAKE
(allison_bennett@ncmd.uscourts.gov, donita_kemp@ncmd.uscourts.gov,
jasmine_little@ncmd.uscourts.gov, judge_peake@ncmd.uscourts.gov,
kimberly_garrett@ncmd.uscourts.gov, rebecca_pearson@ncmd.uscourts.gov,
wanda_williamson@ncmd.uscourts.gov)
--Non Case Participants: Probation Office (duty@ncmp.uscourts.gov)
--No Notice Sent:

Message-Id:4135448@ncmd.uscourts.gov
Subject:Activity in Case 1:24-mj-00559-JEP USA v. JOHN Initial Appearance - Rule 5
```
Content−Type: text/html

# U.S. District Court

# North Carolina Middle District

**Notice of Electronic Filing**

The following transaction was entered on 12/12/2024 at 3:42 PM EST and filed on 12/12/2024

| | |
|---|---|
| **Case Name:** | USA v. JOHN |
| **Case Number:** | <u>1:24−mj−00559−JEP</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before MAG/JUDGE JOI ELIZABETH PEAKE: INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to CHRISTOPHER K. JOHN held on 12/12/2024. Defendant advised of rights and charges. Defendant has waived all hearings in this district. The Government agrees to conditions of release and the defendant is instructed to appear for Arraignment at 11:00 a.m. on 1/8/2025, at the W. Craig Broadwater Federal Building and United States Courthouse, 217 W. King Street, Martinsburg, WV 25401. Order Setting Conditions of Release forthcoming. (AUSA Randall Galyon; Counsel for defendant William Scott Harkey; Proceedings Recorded) (dk)**

**1:24−mj−00559−JEP−1 Notice has been electronically mailed to:**

RANDALL STUART GALYON &nbsp &nbsp randall.galyon@usdoj.gov, CaseView.ECF@usdoj.gov, usancm.ecfcriminal@usdoj.gov

**1:24−mj−00559−JEP−1 Notice will not be electronically mailed to:**

4

Case 1:24-mj-00559-JEP    Document 6    Filed 12/13/24    Page 4 of 12

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA-23 (Rev 3/21)

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF United States of America V. _____

FOR _____ AT _____

**FILED DEC 1 2 2024** Clerk U.S. District Court Greensboro, NC

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Christopher K. John
Address: 2345 Statesville Blvd, Salisbury, NC Unit 123
DOB: 4/27/92
SSN: 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
Phone: 443-881-0405 (Girlfriend)

☒ 1 Defendant - Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Supervised Release Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 1:24mJ559-1
District Court: _____
Court of Appeals: _____

**CHARGE/OFFENSE**: Felon in Possession of a Firearm
☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☐ Yes ☒ No
- IF YES, how much do you earn per month? _____
- Will you still have a job after this arrest? ☐ Yes ☐ No ☐ Unknown

**PROPERTY** — Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No
- IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 4

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $1,300.00 | $ |
| Groceries | $700.00 | $ |
| Medical expenses | $— | $ |
| Utilities | $300.00 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $— | $ |
| Childcare | $500.00 | $ |
| Child support | $ | $ |
| Insurance | $— | $ |
| Loans | $— | $ |
| Fines | $— | $ |
| Other Cell phone | $150.00 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _(signed)_ Christopher John
SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)
Date: 12/12/2024

5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:24MJ559-1 |
| ) | |
| CHRISTOPHER K. JOHN ) | |

### ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed the Defendant's Financial Affidavit in this matter and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney William Scott Harkey is appointed to represent Defendant in this action.

This, the 12th day of December, 2024.

Joi Elizabeth Peake
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:24MJ559-1 |
| ) | |
| CHRISTOPER K. JOHN ) | Charging District's Case No. 3:24CR50 |
| *Defendant* ) | |

FILED DEC 1 2 2024 Clerk U.S. District Court Greensboro, NC

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of West Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/12/2024

*Defendant's signature*

*Signature of defendant's attorney*

W. Scott Harkey
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTOPHER K. JOHN | ) | Case No. 1:24MJ559 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: as directed W. Craig Broadwater Federal Building, 217 King St., Martinsburg, West Virginia
*Place*

on January 8, at 11:00 a.m.
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
　　　　　　　Custodian　　　　　　Date

(✓) (7) The defendant must:
　(✓) (a) submit to supervision by and report for supervision to the  U.S. Probation Office, Officer Taron Seburn, Salisbury, NC ,
　　　　 telephone number _____ , immediately upon release and report to see Officer Seburn on 12/13/24 at 1pm .
　( ) (b) continue or actively seek employment.
　( ) (c) continue or start an education program.
　( ) (d) surrender any passport to: _____
　(✓) (e) not obtain a passport or other international travel document.
　(✓) (f) abide by the following restrictions on personal association, residence, or travel:  Travel is restricted to the Middle District of North Carolina and the Northern District of West Virginia for court purposes.
　( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
　( ) (h) get medical or psychiatric treatment: _____
　( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
　( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
　(✓) (k) not possess a firearm, destructive device, or other weapon.
　(✓) (l) not use alcohol ( ) at all (✓) excessively.
　(✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
　(✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
　(✓) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
　( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
　　( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
　　( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
　　( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
　　( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
　　Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
    ( ☐ ) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
    ( ☐ ) (ii)  Voice Recognition; or
    ( ☐ ) (iii) Radio Frequency; or
    ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Winston Salem NC
_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  12/12/2024

_____
*Judicial Officer's Signature*

Joi Elizabeth Peake, United States Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America ) | Case No. 1:24MJ559 |
| v. ) | |
| ) | |
| CHRISTOPHER K. JOHN ) | Charging District: Northern District of West Virginia |
| *Defendant* ) | Charging District's Case No. 3:24CR50 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Broadwater Federal Building and U.S. Courthouse 217 W. King Street Martinsburg, WV 25401 | Courtroom No.: |
| --- | --- |
| | Date and Time: 1/8/2025 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/12/2024

*Judge's signature*

Hon. Joi E. Peake, U.S. Magistrate Judge
*Printed name and title*

FILED IN THIS OFFICE
DEC 12 2024
Clerk U.S. District Court
Greensboro, NC
BY_____